AO 451 (Rev. 12/12), Clerk's Certification of a Judgment to be Registered in Another District        FEE PAID

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: RS  DEPUTY

| | |
|---|---|
| EUGENE MOROZOV et al. ) | |
| _Plaintiff_ ) | 2:20-MC-00231-UA |
| v. ) | Civil Action No. 18-CIV-3421 (GBD)(SLC) |
| ICOBOX HUB, INC., et al. ) | |
| _Defendant_ ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on _(date)_    08/18/2020   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    09/24/2020

CLERK OF COURT

_[signature]_
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUGENE MOROZOV and MEM
CONSULTING, INC.,

                Plaintiffs,                              18 **CIVIL** 3421 (GBD)(SLC)

      -against-                                      **JUDGMENT**

ICOBOX HUB, INC., ICOBOX, ALEX
MOSKOVSKY and NICKOLAY EVDOKIMOV,
                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 18, 2020, Magistrate Judge Cave's Report is ADOPTED in its entirety. Final judgment is entered ordering Defendant Evdokimov to pay Plaintiffs (1) $354,500 in damages, (2) $63,810 in attorneys' fees, and (3) $6,815 in costs.

Dated:  New York, New York
          August 18, 2020

                                                    **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                                  BY:   K. Mango
                                                      **Deputy Clerk**

CERTIFIED AS COPY ON

THIS DATE __9-24-2020__

BY __[signature]__
    ( ) Clerk
    (✓) Deputy

FROM:
Eugene Morozov
2500 Biscayne Blvd
Apt 1209
Miami, FL 33137

TO:
Clerk of Court
US District Court
255 E. Temple Street
Suite TS-134
Los Angeles, CA
90012-3332

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 20 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

