**EUGENE MOROZOV,**
2500 Biscayne Blvd Suite 1209, Miami, FL 33137
**Judgement Creditor**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EUGENE MOROZOV and MEM CONSULTING, INC., | CASE NUMBER: 2:20-mc-00231 UA |
|---|---|
| Plaintiff(s) v. NICKOLAY EVDOKIMOV, as individual | WRIT OF EXECUTION |
| Defendant(s) | |

TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On October 27, 2020 a judgment was entered in the above-entitled action in favor of:

**EUGENE MOROZOV**

as Judgment Creditor and against:

NICKOLAY EVDOKIMOV, as individual

as Judgment Debtor, for:

$ _____354,500.00_____ Principal,
$ _____63,810.00_____ Attorney Fees,
$ _____0.00_____ Interest **, and
$ _____6,815.00_____ Costs, making a total amount of
$ _____425,125.00_____ JUDGMENT AS ENTERED

**NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

---

WRIT OF EXECUTION

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** _____ **District of** _____, to wit:

$ __11,106.00__ accrued interest, and
$ _____0.00_____ accrued costs, making a total of
$ __11,106.00__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __436,231.00__ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ __436,231.00__ Is due on the judgment as entered and bears interest at __9%__ percent per annum, in the amount of $ __108__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: _12-8-20_     By: _____
                          Deputy Clerk

**CHRIS SAWYER**

1149

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Nickolay Evdokimov
1240 Benedict Canyon Drive
Beverly Hills, CA 90210

Nickolay Evdokimov
725 Foothill Rd
Beverly Hills, CA 90210

Nickolay Evdokimov
C/O ROMAN LEONOV, ESQ
LUST AND LEONOV P.C.
75 Maiden Lane, Suite 506
New York, NY 10038

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                           PAGE 3 OF 3